UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MY 2011 GRAND LLC, *et al.*, [1]<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 19-23957 (RDD)<br>(JOINTLY ADMINISTERED) |
| MY 2011 GRAND LLC AND S&B MONSEY LLC,<br><br>Plaintiffs,<br><br>- against -<br><br>YOEL GOLDMAN AND ALL YEAR HOLDINGS LIMITED,<br><br>Defendants. | ADV. PROC. NO. 21-07001 (RDD) |

**ORDER GRANTING PLAINTIFFS' APPLICATION FOR AN ORDER
SETTING ANSWER DEADLINE FOR FOREIGN DEFENDANT**

Upon the *Plaintiffs' Ex Parte Application Setting Answer Deadline for Foreign Defendant All Year Holdings Limited* (the "Application") of plaintiffs My 2011 Grand LLC and S&B Monsey LLC, as debtors and debtors-in-possession seeking an order under Fed. R. Bankr. P. 7012 setting a date for defendant All Year Holdings Limited (the "Foreign Defendant") as a defendant located outside of the United States to file an answer to the complaint in this adversary proceeding (the "Complaint"); and no additional notice of the Application being required; and good and sufficient cause appearing for the relief granted herein, it is hereby

**ORDERED** that the Application is granted to the extent set forth herein; and it is further

**ORDERED** that the deadline for the Foreign Defendant to file an answer to the complaint is set at sixty (60) days after service of the summons and Complaint upon the Foreign Defendant; and it is further

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification numbers are as follows: MY 2011 Grand LLC (0415) and S&B Monsey LLC (7070).

**ORDERED** that the Clerk of Court shall issue a Summons and Notice of Pretrial Conference in this Adversary Proceeding.

Dated: White Plains, New York
      January 25, 2021

                                        */s/Robert D. Drain*
                                        UNITED STATES BANKRUPTCY JUDGE